IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEWART, | 1:10-cv-00985-AWI-SKO (PC) |
| Plaintiff, | ORDER STRIKING UNSIGNED MOTION |
| vs. | (Doc. 13) |
| J. TILTON, et al., | |
| Defendants. | |
| _____/ | |

On July 8, 2011, Plaintiff filed a motion seeking the appointment of counsel and an extension of time to file an amended complaint. However, Plaintiff failed to sign his motion. The Court cannot consider unsigned filings and Plaintiff's motion is therefore STRICKEN from the record. Fed. R. Civ. P. 11(a); Local Rule 131.

IT IS SO ORDERED.

**Dated:   July 12, 2011**                    /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE