IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES STEWART, | 1:10-cv-00985-AWI-SKO (PC) |
| Plaintiff, | ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL, AND GRANTING PLAINTIFF A THIRTY-DAY EXTENSION OF TIME TO FILE AN AMENDED COMPLAINT |
| vs. | |
| J. TILTON, et al., | |
| Defendants. | (Motion #15) |
| _____/ | |

In a bare, supported motion filed on July 22, 2011, Plaintiff moved for the appointment of counsel and requested a thirty-day extension of time pending appointment of counsel. The Court will grant Plaintiff a second extension of time to file an amended complaint in compliance with the Court's screening order of May 18, 2011. However, Plaintiff is not entitled to the appointment of counsel in this action and the Court does not find the existence of exceptional circumstances warranting the appointment of counsel. U.S.C. § 1915(e)(1); Palmer v. Valdez, 560 F.3d 965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1981).

Accordingly, Plaintiff's motion for the appointment of counsel is DENIED and Plaintiff is GRANTED a thirty-day extension of time to file an amended complaint.

IT IS SO ORDERED.

**Dated:   July 25, 2011**        /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE